ORIGINAL

FILED

08 MAR -5 PM 3:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: CP DEPUTY

JEREMY A. ROTH, Bar No. 129007
GREGG C. SINDICI, Bar No. 058314
JUSTIN A. MORELLO, Bar No. 239250
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
AUTOZONE STORES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ,<br>Plaintiff,<br>v.<br>AUTOZONE STORES, INC.,<br>Defendant. | Case No. '08 CV 0417 L BLM<br>**DECLARATION OF PROOF OF SERVICE**<br>Complaint Filed: January 18, 2008 |



CR

# PROOF OF SERVICE BY PERSONAL DELIVERY

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 121 Broadway, Suite 331, San Diego, CA 92101. On March 5, 2008, I personally served:

**DEFENDANT AUTOZONE STORES, INC.'S NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION**

**DECLARATION OF JUSTIN A. MORELLO IN SUPPORT OF NOTICE TO FEDERAL COURT OF DEFENDANT AUTOZONE, INC.'S REMOVAL OF CIVIL ACTION**

**CIVIL COVER SHEET**

**DEFENDANT AUTOZONE STORES, INC.'S NOTICE OF RELATED CASES**

**DEFENDANT AUTOZONE STORES, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**

by delivering copies thereof to:

| | |
|---|---|
| Charles Moore<br>Sean Simpson<br>Simpson & Moore, LLP<br>121 Broadway, Suite 644<br>San Diego, CA 92101<br>Phone: 619.236.9696<br>Fax: 619.236.9697 | Attorneys for Plaintiff |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 5, 2008, at San Diego, California.

[signature]
NATIONWIDE LEGAL, INC.