ORIGINAL

JEREMY A. ROTH, Bar No. 129007
GREGG C. SINDICI, Bar No. 058314
JUSTIN A. MORELLO, Bar No. 239250
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
AUTOZONE STORES, INC.

FILED
08 MAR -5 PM 3:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ,<br>Plaintiff,<br>v.<br>AUTOZONE STORES, INC.,<br>Defendant. | Case No. '08 CV 0417 L BLM<br>**DEFENDANT AUTOZONE STORES, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br>Complaint Filed: January 18, 2008 |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD AND THE COURT:

PLEASE TAKE NOTICE that Defendant AUTOZONE STORES, INC. hereby submits the following statement regarding financial interest pursuant to United States District Court, Southern District of California Local Civil Rule 40.2:

NOTICE OF PARTIES WITH FINANCIAL INTEREST

AutoZone Stores, Inc. does not have a parent company, it is a publicly traded company, and there are no publicly traded companies that own 10% or more of its stock.

Dated: March 5, 2008

Respectfully submitted,

JEREMY A. ROTH
GREGG C. SINDICI
JUSTIN A. MORELLO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AUTOZONE STORES, INC.

Firmwide:84307145.1 013306.2125