ORIGINAL

JEREMY A. ROTH, Bar No. 129007
GREGG C. SINDICI, Bar No. 058314
JUSTIN A. MORELLO, Bar No. 239250
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
AUTOZONE STORES, INC.

FILED
08 MAR -5 PM 3:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: cr DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ,<br>Plaintiff,<br>v.<br>AUTOZONE STORES, INC.,<br>Defendant. | Case No. '08 CV 0417 L BLM<br>**DEFENDANT AUTOZONE STORES, INC.'S NOTICE OF RELATED CASES**<br>Complaint Filed: January 18, 2008 |



cr

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFF ROSARIO JUAREZ AND HER ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant AUTOZONE STORES, INC. hereby submits the following Notice of Related Cases pursuant to United States District Court for the Southern District of California Local Civil Rule 40.1(e).

NOTICE OF RELATED CASE

The following cases appear to be related actions to the present matter:

None.

Dated: March 5, 2008

Respectfully submitted,

JEREMY A. ROTH
GREGG C. SINDICI
JUSTIN A. MORELLO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AUTOZONE STORES, INC.

Firmwide:84307875.1 013306.2125

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101.3577
619.232.0441