ORIGINAL

JEREMY A. ROTH, Bar No. 129007
GREGG C. SINDICI, Bar No. 058314
JUSTIN A. MORELLO, Bar No. 239250
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
AUTOZONE STORES, INC.

FILED
08 MAR -5 PM 3:10
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ROSARIO JUAREZ,

Plaintiff,

v.

AUTOZONE STORES, INC.,

Defendant.

Case No. '08 CV 0417 L BLM

**DECLARATION OF JUSTIN A. MORELLO IN SUPPORT OF NOTICE TO FEDERAL COURT OF DEFENDANT AUTOZONE, INC.'S REMOVAL OF CIVIL ACTION**

**[28 U.S.C. §§1332(A)(1), (C)(1), 1441(A), 1446(A), (B)]**

Complaint Filed: January 18, 2008



CR

I, Justin A. Morello, hereby declare and state as follows:

1. I am an attorney at law licensed to practice before all courts of the State of California and this Court. I am an associate in the law firm of Littler Mendelson, P.C. and have been one of the attorneys representing Defendant AutoZone, Inc. ("Defendant") in the above-captioned matter. As such, I have personal knowledge of the facts set forth in this declaration and, if called upon to do so, I could and would testify competently thereto.

2. On March 5, 2008, contemporaneously with the filing of this removal, I am giving notice to the Superior Court of the State of California for the County of San Diego and to Plaintiff and her attorney of record that on March 5, 2008, this action was removed to the United States District Court for the Southern District of California. A true and correct copy of that Notice, without accompanying exhibits is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed within the United States on March 5, 2008 at San Diego, California.

JUSTIN A. MORELLO

Firmwide:84307667.1 013306.2125

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232.0441

EXHIBIT A

JEREMY A. ROTH, Bar No. 129007
GREGG C. SINDICI, Bar No. 058314
JUSTIN A. MORELLO, Bar No. 239250
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441

Attorneys for Defendant
AUTOZONE STORES, INC.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

| | |
|---|---|
| ROSARIO JUAREZ,<br>Plaintiff,<br>v.<br>AUTOZONE STORES, INC.,<br>Defendant. | Case No. 37-2008-00076204-CU-OE-CTL<br>**DEFENDANT AUTOZONE STORES INC.'S NOTICE TO STATE COURT AND ALL ADVERSE PARTIES OF REMOVAL OF CIVIL ACTION**<br>Complaint Filed: January 18, 2008 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant AUTOZONE, INC. is contemporaneously filing a Notice to Federal Court of Removal of Civil Action in the United States District Court for the Southern District of California on March 5, 2008. A copy of said Notice without its accompanying exhibits, which consist of a copy of this Notice and a copy of all pleadings filed with this Court in the State proceedings, is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. sections 1441 and 1446, the filing of said Notice to Federal Court in the United States District Court, together with the filing of this Notice to State Court and a copy of said Notice to Federal Court, effects the removal of the above-captioned action from this Court to the United States District Court for the Southern District of California, and this Court may proceed no further unless and until the case is remanded.

Dated: March 5, 2008

Respectfully submitted,

JEREMY A. ROTH
GREGG C. SINDICI
JUSTIN A. MORELLO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AUTOZONE STORES, INC.

Firmwide:84306257.1 013306.2125

LITTLER MENDELSON
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441