SIMPSON & MOORE, LLP
Sean Simpson, Bar #145514
Charles Moore, Bar #180211
121 Broadway, Suite 644
San Diego, California 92101
Telephone: (619) 236-9696
Facsimile: (619) 236-9697

Attorneys for Plaintiff ROSARIO JUAREZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ,<br><br>Plaintiff,<br><br>v.<br><br>AUTO ZONE STORES, Inc.; and DOES 1 through 20<br><br>Defendants. | CASE NUMBER: 08-CV-0417 L BLM<br><br>PLAINTIFF'S DEMAND FOR JURY TRIAL<br><br>[Fed.R.Civ.Pro. Rule 38] |

Plaintiff, ROSARIO JUAREZ, filed her complaint in the Superior Court of the State of California on January 18, 2008. Defendant AUTOZONE STORES, INC. removed this action to this court on March 5, 2008.[1] Plaintiff hereby makes her formal demand for jury trial on all issues triable to a jury in this court.

SIMPSON & MOORE LLP

DATED: March 14, 2008

by: s\Charles Moore
SEAN SIMPSON or CHARLES MOORE
Attorneys for Plaintiff ROSARIO JUAREZ

g:\wp\0267-060-JUA\plead\jurydemand

[1]Plaintiff reserves her right to move to remand this matter to state court.

SIMPSON & MOORE, LLP
Sean Simpson, Bar #145514
Charles Moore, Bar #180211
121 Broadway, Suite 644
San Diego, California 92101
Telephone: (619) 236-9696
Facsimile: (619) 236-9697

Attorneys for Plaintiff ROSARIO JUAREZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ,<br><br>Plaintiff,<br><br>v.<br><br>AUTO ZONE STORES, Inc.; and DOES 1 through 20<br><br>Defendants. | CASE NUMBER: 08-CV-0417 L BLM<br><br>CERTIFICATE OF SERVICE |

# Mailing Information for a Case 3:08-cv-00417-L-BLM

## 1:**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Justin Morello**
jmorello@littler.com

**Gregg C Sindici**
gsindici@littler.com,lchristy@littler.com

SIMPSON & MOORE LLP

DATED: March 14, 2008

by: s\Charles Moore
SEAN SIMPSON or CHARLES MOORE
Attorneys for Plaintiff ROSARIO JUAREZ