UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ, Plaintiff, v. AUTOZONE STORES, INC., Defendants. | Civil No. 08cv417-L (BLM) **ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED** |

On April 3, 2008, this Court convened an Early Neutral Evaluation Conference. Defendant Autozone's representative who attended the conference did not have "full settlement authority."

In the Notice and Order for Early Neutral Evaluation Conference filed March 11, 2008, this Court ordered that "[i]n addition to counsel who will try the case, a party or party representative with <u>full settlement authority</u> must be present for the conference." Doc. No. 5 (emphasis in original). The Court explained that this required the presence of a person with "'unfettered discretion and authority' to change the settlement position of a party," who could "settle the case during the course of the conference without consulting a superior." <u>Id.</u> (citations and

quotations omitted). Autozone's representative only had authority to accept a dismissal of the case.

Therefore, it is hereby ordered that Defendant's attorney Gregg Sindici and an Autozone representative appear before the Honorable Barbara L. Major on **<u>May 6, 2008</u>** at **<u>9:00 a.m.</u>** in Courtroom A, U.S. District Court, 940 Front Street, San Diego, California 92101 to show cause why sanctions should not be imposed for failing to follow this Court's order. The above-named party and attorney shall file declarations regarding the imposition of sanctions on or before **<u>April 29, 2008</u>**. Plaintiff may file declarations on or before **<u>May 2, 2008</u>** detailing the costs incurred as a result of Defendant's failure to comply.

**IT IS SO ORDERED.**

DATED: <u>April 4, 2008</u>

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE M. JAMES LORENZ
U.S. DISTRICT JUDGE

ALL COUNSEL