GREGG C. SINDICI, Bar No. 058314
JUSTIN A. MORELLO, Bar No. 239250
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441

Attorneys for Defendant
AUTOZONE STORES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ,<br>Plaintiff,<br>v.<br>AUTOZONE STORES, INC.,<br>Defendant. | Case No. 08CV417-L (BLM)<br>**DECLARATION OF GREGG C. SINDICI REGARDING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**<br>Date: May 6, 2008<br>Time: 9:00 a.m.<br>Judge: The Honorable Barbara L. Major<br>Complaint Filed: January 18, 2008 |

I, Gregg C. Sindici, declare:

1. I am an attorney at law duly licensed to practice before all of the courts of this State, and I am a shareholder of the law firm of Littler Mendelson, P.C., attorneys for defendants in the above-captioned matter. In that later capacity, I have personal knowledge of the matters set forth below and could and would testify thereto if called as a witness in any proceeding.

2. In March, 2008, my office informed AutoZone of the Early Neutral Evaluation Conference and sent AutoZone this Court's scheduling order regarding the conference. We noted that AutoZone should designate an individual with full settlement authority as described on page two of this Court's scheduling order.

3. AutoZone informed me that as recited in the Declaration of Christopher Jones, filed concurrently herewith, AutoZone would designate its San Diego Region Human Resources Manager, Staci Saucier, as its representative at the Early Neutral Evaluation Conference. Ms. Saucier was identified as being thoroughly familiar with the facts of this case and as having personal knowledge regarding AutoZone's investigation into Plaintiff's claims.

4. While I was aware that based on its familiarity with Plaintiff's claims and its evaluation of the facts before it AutoZone was not prepared to offer a monetary settlement, I was not aware that a request for a continuance of that Early Settlement Conference until the completion of initial discovery could me made or would be granted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of April, 2008, at San Diego, California.

s/Gregg C. Sindici
GREGG C. SINDICI
Attorneys for Defendants
gsindici@littler.com

Firmwide:85048950.2 013306.2125