GREGG C. SINDICI, Bar No. 058314
JUSTIN A. MORELLO, Bar No. 239250
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441

Attorneys for Defendant
AUTOZONE STORES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ,<br>Plaintiff,<br>v.<br>AUTOZONE STORES, INC.,<br>Defendant. | Case No. 08CV417-L (BLM)<br><br>**DECLARATION OF CHRISTOPHER JONES REGARDING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**<br><br>Date: May 6, 2008<br>Time: 9:00 a.m.<br>Judge: The Honorable Barbara L. Major<br><br>Complaint Filed: January 18, 2008 |

I, Christopher Jones, declare:

1. I am the Employee Relations Attorney of AutoZone Stores, Inc. Except where stated on information and belief, I make this declaration on the basis of my own personal knowledge and could testify to the same if called as a witness in this matter.

2. This case involves issues that AutoZone has been aware of for over one year before Plaintiff filed her civil complaint in this action. In early 2006, Plaintiff Rosario Juarez filed a formal administrative complaint with the DFEH and EEOC alleging that she was demoted from her position as Store Manager to Parts Sales Manager because she was female and pregnant. In response to her complaint, AutoZone conducted an internal investigation into the circumstances surrounding her demotion and her allegations of discrimination. That investigation showed that Plaintiff's demotion was the result of legitimate non-discriminatory reasons supported by objective reasoning and undisputed facts: the evidence showed Plaintiff consistently failed to perform to the standards expected of all AutoZone store managers, both male and female. AutoZone informed Plaintiff of the results of the investigation. Other than her claims filed with the DFEH, EEOC, and corresponding civil complaint, Plaintiff did not raise any further formal complaints regarding her demotion after she was informed of the investigation results.

3. Plaintiff also claims AutoZone forced her to work off the clock. AutoZone has examined Plaintiff's wage records and records of hours worked. These records show that she regularly recorded the overtime hours she worked and that she was paid appropriately for the time she recorded. It is also against one of AutoZone's written policies to work off the clock. That policy is published and available to all AutoZone employees and is one which Rosario, who at the time was a Store Manager, was responsible for enforcing.

4. On February 16, 2007, the DFEH issued Plaintiff a right to sue letter. On March 23, 2007, the EEOC terminated its processing of Plaintiff's charge without conducting an investigation into her claims.

5. In January, 2008, less than thirty days before the statute of limitations on her state claims would have lapsed and long after the statute of limitations on her federal claims had already lapsed, Plaintiff filed her complaint in state court alleging violations of state law. Following

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
501 W. Broadway
Suite 900
San Diego, CA 92101 3577
619 232 0441

the filing of her complaint, AutoZone again investigated and analyzed Plaintiff's allegations. After completing its second investigation of Plaintiff's claims, AutoZone reached the same conclusion it previously reached: based on the facts before it, Plaintiff's claims had no merit. AutoZone believes the accuracy of its assessment is confirmed by Plaintiff not coming forward with any independent evidence to support her claims, the EEOC not acting in response to her charge, Plaintiff's choice to allow her federal claims to lapse, and Plaintiff's choice to wait until the eve of the expiration of the statute of limitations regarding her state law claims before filing her civil complaint. Based on its evaluation of the facts before it and the circumstances surrounding Plaintiff's complaint, AutoZone determined it would not offer Plaintiff any monetary settlement to settle her claims.

6. AutoZone designated its San Diego Region Human Resources Manager, Staci Saucier, as its representative at the Early Neutral Evaluation Conference. Ms. Saucier is thoroughly familiar with the facts of this case and has personal knowledge regarding AutoZone's investigation into Plaintiff's claims with personal knowledge regarding the facts of the case. AutoZone was unaware that a continuance of the Early Neutral Evaluation Conference until initial discovery was completed could have been requested or would have been granted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of April, 2008, at Memphis, Tennessee.

CHRISTOPHER JONES

Firmwide:85049210.1 013306.2125

LITTLER MENDELSON
A Professional Corporation
501 W Broadway
Suite 900
San Diego, CA 92101.3577
619 232 0441