SIMPSON & MOORE, LLP
Sean Simpson, Bar #145514
Charles Moore, Bar #180211
121 Broadway, Suite 644
San Diego, California 92101
Telephone: (619) 236-9696
Facsimile: (619) 236-9697

Attorneys for Plaintiff ROSARIO JUAREZ

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ,<br><br>Plaintiff,<br><br>v.<br><br>AUTO ZONE STORES, Inc.; and DOES 1 through 20<br><br>Defendants. | CASE NUMBER: 08-CV-0417 L BLM<br><br>**DECLARATION OF CHARLES MOORE RE: OSC WHY DEFENDANT SHOULD NOT PAY SANCTIONS FOR VIOLATION OF COURT ORDER**<br><br>**Date: May 6, 2008**<br>**Time: 9:00 a.m.** |

I, Charles Moore, declare as follows:

1. I am an attorney at law, duly licensed and admitted to practice law before all courts in the State of California. I am a member of Simpson & Moore, LLP, attorneys of record for plaintiff, ROSARIO JUAREZ. If called to testify as a witness in this matter, I could competently testify to the following of my personal knowledge.

2. I am lead trial counsel for plaintiff and attended the ENE before Hon. Barbara Major on April 3, 2008. The costs and fees incurred to prepare for and attend the ENE are as follows:

3/25/08 1.0 Hrs. Telephone conference with plaintiff to discuss details of wage

| | | |
|---|---|---|
| | | and hour claim to prepare the ENE Statement; discussion of damages due to discrimination and demand |
| 3/26/08 | 2.0 Hrs. | Prepared ENE Confidential Statement |
| 3/26/08 | 2.0 Hrs | Office conference with witness Alejandro Perez, discussed Ms. Perez's observations regarding plaintiff's claims, prepared declaration for Ms. Perez's signature to be submitted at the ENE |
| 4/2/08 | 0.25 Hrs. | Telephone conference with plaintiff re: procedures at ENE |
| 4/3/08 | 2.0 Hrs. | Office conference with plaintiff prior to ENE; attended ENE |

3. My billing rate is $450.00 per hour. This amount is in line with attorneys of similar experience in the community. I have been an attorney since 1988 and have successfully tried numerous cases that have resulted in multi-million dollar jury verdicts. I am a past recipient of the CASD Outstanding Trial Lawyer award. I have handled many wage and hour cases and many employment discrimination cases. My hourly billing rate was recently approved by the San Diego Superior Court on a fee motion in *Johnson v. Prudential*, San Diego Superior Court Case No. GIE 018815, Hon. Eddie Sturgeon. This matter is currently on appeal.

4. The total attorney time expended in preparing for and attending the ENE was 7.25 hours. Total attorneys fees for attending the ENE were $3,262.50.

5. Plaintiff respectfully requests that sanctions be awarded in the amount of $3,262.50 for defendant's failure to comply with the Court's Notice and Order Setting Early Neutral Evaluation conference, Dated March 11, 2008

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 1st day of May, 2008, at San Diego, California.

s/Charles Moore
Charles Moore
Attorney for Plaintiff ROSARIO JUAREZ

g:\wp\0267-060-JUA\plead\OSCENE01.DEC

SIMPSON & MOORE, LLP
Sean Simpson, Bar #145514
Charles Moore, Bar #180211
121 Broadway, Suite 644
San Diego, California 92101
Telephone: (619) 236-9696
Facsimile: (619) 236-9697

Attorneys for Plaintiff ROSARIO JUAREZ

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ, Plaintiff, v. AUTO ZONE STORES, Inc.; and DOES 1 through 20 Defendants. | CASE NUMBER: 08-CV-0417 L BLM<br>**CERTIFICATE OF SERVICE**<br>**Date:** **May 6, 2008**<br>**Time:** **9:00 a.m.** |

**Mailing Information for a Case 3:08-cv-00417-L-BLM**

1:**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

**Justin A. Morello**
jmorello@littler.com,kcastro@littler.com

**Gregg C Sindici**
gsindici@littler.com,lchristy@littler.com

Dated: May 1, 2008

s/Charles Moore
Charles Moore
Attorney for Plaintiff ROSARIO JUAREZ