UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ,<br>Plaintiff,<br>v.<br>AUTOZONE STORES, INC.,<br>Defendants. | Civil No. 08cv417-L (BLM)<br><br>**ORDER IMPOSING SANCTIONS** |

On May 6, 2008, this Court heard argument as to why Defendant Autozone should not be sanctioned for its failure to ensure that it was represented at the April 3, 2008 Early Neutral Evaluation ("ENE") by an employee with "full settlement authority." Attorney Gregg Sindici and representative Daniel Merchant appeared on behalf of Autozone, and attorney Charles Moore appeared on behalf of Plaintiff Rosario Juarez. Both sides timely filed declarations in advance of the hearing.

The Court has considered the filed declarations and pleadings and the arguments made at the May 6, 2008 hearing, and finds that while Defendant's representative was familiar with the relevant facts, she did not have "full settlement authority" and that,

therefore, Defendant violated this Court's order. However, for the reasons set forth on the record during the hearing, the Court declines to sanction Defendant as requested by Plaintiff, and instead orders Autozone to pay $300.00 to the Court's Library Fund[1] on or before **June 6, 2008**. Defendant also must file a Notice of Payment by **June 13, 2008** verifying that the sanction was paid. Defendant is hereby warned that failure to comply with this Order may result in the imposition of additional sanctions.

**IT IS SO ORDERED.**

DATED: May 7, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE M. JAMES LORENZ
U.S. DISTRICT JUDGE

ALL COUNSEL

---

[1] Payment may be made by delivering the funds to the Clerk's Office or by mailing a check to the attention of Financial at 880 Front Street, Suite 4290, San Diego, California 92101 (the check should reference the case number and sanctions order).