GREGG C. SINDICI, Bar No. 058314
JUSTIN A. MORELLO, Bar No. 239250
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
AUTOZONE, INC.
(erroneously sued as AUTOZONE STORES, INC.)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ,<br>Plaintiff,<br>v.<br>AUTOZONE STORES, INC.,<br>Defendant. | Case No. 08CV417-L (BLM)<br>**NOTICE OF PAYMENT**<br>Judge: Hon. Barbara L. Major<br>Complaint Filed: January 18, 2008 |

NOTICE IS HEREBY GIVEN that pursuant to the Court's May 7, 2008 order, on June 4, 2008 Defendant AutoZone, Inc. paid $300.00 to the Clerk's office located at 880 Front Street, Suite 4290, San Diego, California, 92101 in the above-referenced matter. Attached as Exhibit A is a copy of check number 214125 in the amount of $300.00 made payable to the US District Court per the Court's May 7, 2008 Order.

Dated: June 9, 2008

Respectfully submitted,

s/Justin A. Morello
GREGG C. SINDICI
JUSTIN A. MORELLO
Attorneys for Defendant
AUTOZONE STORES, INC.
gsindici@littler.com
jmorello@littler.com

Firmwide:85400775.1 013306.2125

# EXHIBIT A

AutoZone PY

No. 214125

| INVOICE | DATE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| CKREQ | 051608 | 300.00 | .00 | 300.00 |

| INVOICE | DATE | GROSS | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|
| | | | | |

TOTAL GROSS 300.00 TOTAL DISCOUNT .00 TOTAL NET 300.00

071

AutoZone
P.O. BOX 2198
MEMPHIS, TN 38101
901-495-7081

No. 214125

87-434
642

| VENDOR NO. | MO. | DAY | YR. |
|---|---|---|---|
| 127976 | 05 | 27 | 08 |

EXACTLY**************300 DOLLARS and .00 CENTS

| AMOUNT OF CHECK |
|---|
| $ ********300.00 |

PAY TO THE ORDER OF:
US DISTRICT COURT
FIN DEPT #08CU417-L
880 FRONT ST-STE 4290
SAN DIEGO CA 92101
USA

AutoZone
VOID AFTER 90 DAYS

FIRST TENNESSEE BANK GREENEVILLE, TENNESSEE

⑈214125⑈ ⑆064204347⑆ ⑈0134295⑈