GREGG C. SINDICI, Bar No. 058314
JUSTIN A. MORELLO, Bar No. 239250
LITTLER MENDELSON
A Professional Corporation
501 W. Broadway, Suite 900
San Diego, CA 92101.3577
Telephone: 619.232.0441
Facsimile: 619.232.4302

Attorneys for Defendant
AUTOZONE STORES, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ, Plaintiff, v. AUTOZONE STORES, INC., Defendant. | Case No. 08CV417-L (BLM)<br>**DECLARATION OF PROOF OF SERVICE**<br>Complaint Filed: January 18, 2008 |

Juarez v. Autozone Stores, Inc. Case No. 08-cv-00417-L-BLM

## PROOF OF SERVICE BY COURT CM/ECF SYSTEM

I am employed in San Diego County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 501 W. Broadway, Suite 900, San Diego, California 92101.3577.

On April 29, 2008, I caused the following documents:

**DECLARATION OF GREGG C. SINDICI REGARDING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**

**DECLARATION OF CHRISTOPHER JONES REGARDING ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**

to be electronically filed with the Clerk of the Court through the Court's CM/ECF system. It is my understanding that the CM/ECF system will automatically send a "Notice of Electronic Filing" to the registered users in the case and that the "Notice of Electronic Filing" will constitute service of the above-listed document(s) on the following:

| E-MAIL ADDRESS: | |
| --- | --- |
| cmoore@simpson-moore.com<br>jmunoz@simpson-moore.com | Attorneys for Plaintiff |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 11, 2008, at San Diego, California.

KILSHA A. CASTRO

Firmwide:85469908.1 013306.2125