SIMPSON & MOORE, LLP
Sean Simpson, Bar #145514
Charles Moore, Bar #180211
121 Broadway, Suite 644
San Diego, California 92101
Telephone: (619) 236-9696
Facsimile: (619) 236-9697

Attorneys for Plaintiff ROSARIO JUAREZ

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ,<br><br>Plaintiff,<br><br>v.<br><br>AUTO ZONE STORES, Inc.; and DOES 1 through 20<br><br>Defendants. | CASE NUMBER: 08-CV-0417 L BLM<br><br>**STIPULATION RE: EXTENDING EXPERT DATES** |

**STIPULATION**

The parties hereby stipulate to a short continuance of the expert designation dates. The expert designation dates are currently set for August 8, 2008 and August 22, 2008. The parties are currently involved in written discovery and ongoing depositions. Extending the expert designation dates is necessary in order to allow a fuller development of the case to inform the parties' decisions regarding expert witnesses and to provide potential expert witnesses with more meaningful information.

\\\

Therefore, the parties stipulate that the date for expert designations shall be continued to September 19, 2008 and a supplemental designation by October 3, 2008.

DATED: August 7, 2008

SIMPSON & MOORE, LLP

by __/s/ Charles Moore______________
Sean Simpson or Charles Moore
Attorneys for Plaintiff

DATED: August 7, 2008

LITTLER MENDELSON

By: __/s/ Justin Morello with Permission____
Gregg Sindici or Justin Morello
Attorneys for Defendant

g:\wp\0267-060-JUA\plead\ExpertStip