UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ,<br>Plaintiff,<br>v.<br>AUTOZONE STORES, INC.,<br>Defendants. | Civil No. 08cv417-L (BLM)<br><br>**ORDER GRANTING SECOND JOINT MOTION TO CONTINUE EXPERT DATES**<br><br>[Doc. No. 23] |

///

///

///

///

///

///

///

///

///

///

///

///

On September 9, 2008, parties to the above matter jointly moved to extend the deadlines currently set for expert designations and supplemental expert designations. Doc. No. 23. These deadlines are currently set for September 19, 2008, and October 3, 2008, respectively. Doc. No. 22. This is their second such motion. See Doc. No. 21.

The parties' joint motion is **GRANTED** as follows. Each party shall serve on all opposing parties a list of experts whom that party expects to call at trial on or before **October 3, 2008**. Each party may supplement its designation in response to the other party's designation no later than **October 17, 2008**. All other dates and deadlines remain as previously set.

**IT IS SO ORDERED.**

DATED: September 11, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE M. JAMES LORENZ
U.S. DISTRICT JUDGE

ALL COUNSEL