1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                             SOUTHERN DISTRICT OF CALIFORNIA

10   ROSARIO JUAREZ,                          Case No.  08CV417-L (BLM)

11              Plaintiff,                    **ORDER GRANTING JOINT MOTION TO CONTINUE DATES**

12      v.

13   AUTOZONE STORES, INC.,

14              Defendant.

15

16      On November 10, 2008, the parties filed a Joint Motion to modify the Case Management

17   Order and continue certain dates.  The Parties agreed that they have been working together to make

18   the necessary disclosures and complete the discovery process in an efficient and timely manner.  To

19   date, the parties have not required Court intervention to resolve discovery disputes.  The Parties

20   agreed they have made initial disclosures, depositions are moving forward or are attempting to be

21   scheduled, and lists of retained experts have been exchanged.

22         While it appears Parties have been working diligently, the Parties now claim that the

23   time line set forth in this Court's May 8, 2008 Case Management Order will not allow the parties to

24   complete discovery, explore settlement options, or be fully prepared for trial.

25         The Parties have also informed the Court that they are currently working through a

26   discovery dispute regarding the further production of documents. The Parties request additional time

27   to resolve these disputes or narrow the issues in dispute.  Further, because of the approaching

28   business year end and holiday schedule, the Parties have stated that they are encountering issues

1  regarding witness availability and scheduling depositions.  The Parties agree that a two month
2  continuance to the relevant dates as defined by this Court's May 8, 2008 Case Management Order
3  will allow the parties to schedule the necessary depositions without causing inconvenience to the
4  relevant witnesses.

5  GOOD CAUSE APPEARING THEREFOR, it is hereby ordered that the Parties'
6  Joint Motion To Continue Dates from the Case Management Order is **GRANTED** and that the
7  Court's May 8, 2008 Case Management Conference Order be modified as follows to:

8  All discovery shall now be completed by all parties on or before **February 12, 2009**.

9  The Parties agree that Plaintiff must file her motion to compel regarding further
10 responses to Plaintiff's Request for the Production of Documents (Set One) by **December 18, 2008**.

11 All other pretrial motions, including dispositive motions, must be filed on or before
12 **March 12, 2009**.

13 The parties agree that the Mandatory Settlement Conference currently on calendar for
14 December 10, 2008 at 1:30 p.m. shall be continued until on **February 10, 2009** at **1:30 p.m.** in the
15 chambers of Magistrate Judge Barbara L. Major located at 940 Front Street. Suite 5140. San Diego,
16 CA 92101, or at the next date the Court is available.

17 Confidential Settlement Statements must be filed no later than **February 2, 2009**.
18 The Parties agree to submit directly to Magistrate Judge Major's chambers confidential settlement
19 statements no more than five (5) pages in length. These confidential statements shall be filed
20 following the Court's May 8, 2008 Case Management Conference Order.

21 The parties agree to comply with the pretrial disclosure requirements of Fed. R. Civ.
22 P. 26(a)(3) no later than **June 20, 2009**.

23 Counsel shall confer and take the action required by Local Rule 16.1(f)(4) on or
24 before **April 27, 2009**. The parties agree that the proposed final pretrial conference order, including
25 written objections, if any, to any party's Fed. R. Civ. P. 26(a)(3) pretrial disclosures, shall be
26 prepared, served, and submitted to the Clerk's Office on or before **July 4, 2009** and shall be in the
27 form prescribed in and in compliance with Local Rule 16.1(f)(6).

28 The final pretrial conference currently scheduled on the calendar of the Honorable M.

1 | James Lorenz on May 11, 2009 at 11:00 a.m. shall be rescheduled to **July 20, 2009** at **11:00 a.m.** or
2 | to the next date the court has available. The trial date will be assigned by the district judge at the
3 | pretrial conference.
4 | All requirements set forth in the Court's May 8, 2008 Case Management Order
5 | remain in effect.
6 | **IT IS SO ORDERED.**

November 12, 2008

Barbara L. Major
United States Magistrate Judge

COPY TO:

HONORABLE M. JAMES LORENZ
U.S. DISTRICT COURT JUDGE

ALL COUNSEL