UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ROSARIO JUAREZ,

    Plaintiff,

v.

AUTOZONE STORES, INC.,

    Defendant.

Case No. 08-CV-00417-WVG

**COURT'S FINAL VERDICT FORM**

We the jury in the above-entitled action find the following special verdict upon the questions submitted to us:

**CLAIM NUMBER 1: Discrimination (demotion)**

QUESTION NUMBER 1:

Was Juarez's pregnancy or gender a substantial motivating reason for AutoZone's demotion of Juarez?

Yes  X   No ____

If your answer to Question Number 1 is "Yes", then answer Question Number 2. If you answered "No", do not answer any further questions relating to this claim and go directly to Question Number 3.

QUESTION NUMBER 2:

Was AutoZone's demotion of Juarez a substantial factor in causing harm to Juarez?

Yes _X_   No ___

Go to Question Number 3.

**CLAIM NUMBER 2: Discrimination (termination)**

QUESTION NUMBER 3:

Was Juarez's pregnancy or gender a substantial motivating reason for AutoZone's termination of Juarez?

Yes _X_   No ___

If your answer to Question Number 3 is "Yes", then answer Question Number 4. If you answered "No", do not answer any further questions relating to this claim and go directly to Question Number 5.

QUESTION NUMBER 4:

Was AutoZone's termination of Juarez a substantial factor in causing harm to Juarez?

Yes _X_   No ___

Go to Question Number 5.

**CLAIM NUMBER 3: Retaliatory termination**

QUESTION NUMBER 5:

Did Juarez complain about discrimination or harassment based on her pregnancy or gender?

Yes _X_   No ___

If your answer to Question Number 5 is "Yes", then answer Question Number 6. If you answered "No", do not answer any further questions relating to this claim and go directly to Question Number 8.

QUESTION NUMBER 6:

Were Juarez's complaints about discrimination or harassment based on her pregnancy or gender a substantial motivating reason for AutoZone's decision to terminate Juarez?

Yes _X_    No ___

If your answer to Question Number 6 is "Yes", then answer Question Number 7. If you answered "No", do not answer any further questions relating to this claim and go directly to Question Number 8.

QUESTION NUMBER 7:

Was AutoZone's termination of Juarez a substantial factor in causing harm to Juarez?

Yes _X_    No ___

Go to Question Number 8.

**CLAIM NUMBER 4: Harassment**

QUESTION NUMBER 8:

Was Juarez subjected to unwanted harassing conduct between August, 2005 and February, 2006 because of her gender or pregnancy?

Yes _X_    No ___

If your answer to Question Number 8 is "Yes", then answer Question Number 9. If you answered "No", do not answer any further questions relating to this claim and go directly to Question Number 14.

QUESTION NUMBER 9:

Was the unwanted harassing conduct to which Juarez was subjected committed by a supervisor of AutoZone?

Yes  X     No ____

If your answer to Question Number 9 is "Yes", then answer Question Number 10. If you answered "No", do not answer any further questions relating to this claim and go directly to Question Number 14.

QUESTION NUMBER 10:

Was the harassment severe or pervasive?

Yes  X     No ____

If your answer to Question Number 10 is "Yes", then answer Question Number 11. If you answered "No", do not answer any further questions relating to this claim and go directly to Question Number 14.

QUESTION NUMBER 11:

Would a reasonable woman in Juarez's circumstances have considered the work environment to be hostile or abusive?

Yes  X     No ____

If your answer to Question Number 11 is "Yes", then answer Question Number 12. If you answered "No", do not answer any further questions relating to this claim and go directly to Question Number 14.

QUESTION NUMBER 12:

Did Juarez consider the work environment to be hostile or abusive?

Yes  X     No ____

If your answer to Question Number 12 is "Yes", then answer Question Number 13. If you answered "No", do not answer any further questions relating to this claim and go directly to Question Number 14.

QUESTION NUMBER 13:

Was the harassing conduct a substantial factor in causing harm to Juarez?

Yes _X_ No ___

Go to Question Number 14.

**CLAIM NUMBER 5: Failure To Prevent Harassment, Discrimination, Or Retaliation**

QUESTION NUMBER 14:

If you answered "Yes" to Question Numbers 2, 4, 7, *or* 13, did AutoZone fail to take all reasonable steps to prevent the discrimination and retaliation from occurring? (If you answered "No" to Question Numbers 2, 4, 7, *and* 13, do not answer this question and go directly to Question Number 16).

Yes _X_ No ___

If your answer to Question Number 14 is "Yes", then answer Question Number 15. If you answered "No", do not answer any further questions relating to this claim and go directly to Question Number 16.

QUESTION NUMBER 15:

Was AutoZone's failure to prevent the discrimination and retaliation from occurring a substantial factor in causing harm to Juarez?

Yes _X_ No ___

Go to Question Number 16.

QUESTION NUMBER 16:

If you answered "yes" to Question Numbers 2, 4, 7, 13, *or* 15, what are Juarez's damages?

    A.    Past economic loss

           Lost earnings     $393,759.52

    B.    Future economic loss

           Lost earnings     $228,960

    C.    Non-economic damages

           Emotional distress     $250,000

           Total Damages     $872,719.52

Go to Question Number 17.

QUESTION NUMBER 17:

Did Juarez prove by clear and convincing evidence that the conduct described above was committed with malice, oppression or fraud (a) by an officer, director, or managing agent of AutoZone, (b) by another person who was authorized to act by an officer, director or managing agent of AutoZone, or (c) known by an officer, director or managing agent of AutoZone to have been committed and thereafter approved by an officer, director, or managing agent of AutoZone?

Yes  X     No ___

1 | Please have the Presiding Juror sign and date this form and return it to the Clerk
2 | of the Court.

DATED: Nov 14, 2014    _____
                            PRESIDING JUROR