UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JUAREZ,<br><br>            Plaintiff,<br><br>v.<br><br>AUTOZONE STORES, INC.,<br><br>           Defendant. | Civil No. 08-CV-0417-WVG<br><br>ORDER SETTING FORTH COURT'S PROPOSED PUNITIVE DAMAGES JURY INSTRUCTION |

The Court attaches as Exhibit A its proposed punitive damages jury instruction.

IT IS SO ORDERED.

DATED: November 14, 2014

Hon. William V. Gallo
U.S. Magistrate Judge

# EXHIBIT A

# COURT'S INSTRUCTION NO. 39

## CACI 3949. Punitive Damages—Individual and Corporate Defendants (Corporate Liability Based on Acts of Named Individual)—Bifurcated Trial (Second Phase)

You must now decide the amount, if any, that you should award Rosario Juarez in punitive damages. The purposes of punitive damages are to punish a wrongdoer for the conduct that harmed the plaintiff and to discourage similar conduct in the future.

There is no fixed formula for determining the amount of punitive damages and you are not required to award any punitive damages. If you decide to award punitive damages, you should consider all of the following factors separately for each defendant in determining the amount:

(a) How reprehensible was that defendant's conduct? In deciding how reprehensible a defendant's conduct was, you may consider, among other factors:

1. Whether the conduct caused physical harm;

2. Whether the defendant disregarded the health or safety of others;

3. Whether Juarez was financially weak or vulnerable and the defendant knew Juarez was financially weak or vulnerable and took advantage of her;

4. Whether the defendant's conduct involved a pattern or practice; and

5. Whether the defendant acted with trickery or deceit.

# COURT'S INSTRUCTION NO. 39 (cont.)

(b) Is there a reasonable relationship between the amount of punitive damages and Juarez's harm that the defendant knew was likely to occur because of its conduct?

(c) In view of that defendant's financial condition, what amount is necessary to punish it and discourage future wrongful conduct? You may not increase the punitive award above an amount that is otherwise appropriate merely because a defendant has substantial financial resources. Any award you impose may not exceed the defendant's ability to pay.

Punitive damages may not be used to punish a defendant for the impact of its alleged misconduct on persons other than Juarez.