FILED

NOV 1 7 2014

CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

1

2

3

4

5

6

7      UNITED STATES DISTRICT COURT

8      SOUTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| ROSARIO JUAREZ, | Case No. 08-CV-00417-WVG |
| Plaintiff, | **COURT'S FINAL VERDICT FORM PUNITIVE DAMAGES PHASE OF TRIAL** |
| v. | |
| AUTOZONE STORES, INC., | |
| Defendant. | |

We the jury in the above-entitled action find the following special verdict upon the question submitted to us:

**PUNITIVE DAMAGES**

What amount of punitive damages, if any, do you award Rosario Juarez?

$ 185,000,000.00

Please have the Presiding Juror sign and date this form and return it to the Clerk of the Court.

DATED: Nov 17, 2014            _____
                              PRESIDING JUROR