### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

<u>Juarez</u> v. <u>Autozone</u> Stores, Inc.   No. <u>08-CV-0417-WVG</u>

<u>HON. WILLIAM V. GALLO</u>   <u>CT. DEPUTY M. BROWN</u>   RPTR. _____

<u>Attorneys</u>

<u>Plaintiffs</u>                                                                                    <u>Defendants</u>

On July 24, 2014, the Court issued an Order Regarding Attorney Misconduct; Referral to the State Bar of California ("State Bar") and the Standing Committee on Discipline for the Southern District of California. (Doc. No. 341.) The Court ordered Mr. Lawrance Bohm and Ms. Kate Langmore to self-report to the State Bar of California, to provide a copy of the Court's Order to the State Bar when they self-report, and to notify this Court when they have done so and provide evidence of the same. <u>Id.</u> at 31. The Court allowed Mr. Bohm and Ms. Langmore 30 days to comply with its Order. <u>Id.</u>

On August 20, 2015, both Mr. Bohm and Ms. Langmore filed Declarations of Compliance with the Court's July 24, 2015 Order Regarding Attorney Misconduct. (Doc. Nos. 343, 344.) Both attorneys certified that they self-reported to the State Bar, and provided the State Bar with a copy of the Court's Order. <u>Id.</u> As evidence that they self-reported, both attorneys attached copies of fax receipts which they claim are to the State Bar, Office of Chief Trial Counsel, Intake.

The fax receipts are completely devoid of any information revealing what was faxed, by whom, and to whom. The Court demands faithful adherence to its Orders, not half-hearted attempts at compliance.

On or before **August 24, 2015**, Mr. Bohm and Ms. Langmore shall provide the Court with evidence that actually demonstrates that they have self-reported to the State Bar and provided a copy of the Court's Order to the State Bar.

IT IS SO ORDERED.
DATED: August 20, 2015

_____
Hon. William V. Gallo
U.S. Magistrate Judge